IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH SALMON, | : | CIVIL ACTION NO. **1:CV-13-2603** |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Blewitt) |
| WARDEN ROBERT KARNES, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 6 day of **December, 2013, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel **(Doc. 6)** is **DENIED**. In the event the circumstances of this case should change, the Court will consider a new application for counsel at such time.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: December 6, 2013

FILED
SCRANTON
DEC 0 6 2013
PER_____
DEPUTY CLERK